ACCEPTED
14-14-00541-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/22/2015 6:48:16 AM
CHRISTOPHER PRINE
CLERK

NO. 14-14-00540-CR
NO. 14-14-00541-CR
NO. 14-14-00542-CR

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/22/2015 6:48:16 AM
CHRISTOPHER PRINE
Clerk

| | | |
|---|---|---|
| SCOTT ALLEN WILLIS, III | § | IN THE COURT OF APPEALS |
| | § | |
| VS. | § | FOURTEENTH JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | HOUSTON, TEXAS |

## NOTICE OF COMPLIANCE WITH RULE 48.4, TEX. R. APP. PROC.

COMES NOW David W. Barlow, attorney of record for Appellant, and in accordance with Rule 48.4 of the Texas Rules of Appellate Procedure, hereby files this notice of compliance therewith.

### I.

This Honorable Court handed down an opinion herein on June 9, 2015.

### II.

Counsel for Appellant mailed a copy of the Court's opinion, along with a letter advising him of his right to file a Petition for Discretionary Review pursuant to Rule 68, Tex. R. App Proc., to Appellant at his last known address by certified mail, return receipt requested. Counsel has received the return receipt showing when and by whom counsel's aforementioned letter was received. A copy of the receipt is attached hereto in the condition in which it was returned.

### III.

Pursuant to Rule 48.4, Tex. R. App. Proc., counsel herein requests this notice of compliance be filed in this Honorable Court's record of the appeal.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays for this notice be filed in the appellate record of this appeal.

Respectfully submitted,

/s/ David W. Barlow
DAVID W. BARLOW
ATTORNEY FOR APPELLANT
Edison Plaza
350 Pine Street, Suite 315
Beaumont, Texas  77701
Telephone: (409) 838-2168
Facsimile (409) 838-3145
david.barlow@davidwbarlow.com
Texas Bar No. 00793305


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing motion was served upon the

Office of the Criminal District Attorney, Jefferson County Courthouse by electronic service, on the

22nd day of June, 2015.


/s/ David W. Barlow
DAVID W. BARLOW